# Exhibit 2

# DECLARATION OF YINHANG XIAO

I, Yinhang Xiao, hereby declare as follows:

1. My name is Yinhang Xiao, I am the owner of SANHE Co. Ltd. ("SANHE") On Walmart.com e-commerce platform, I am over eighteen years of age, and I make this declaration based on my own knowledge.

2. I have reviewed Plaintiff's Complaint and other supporting documents. I understand that SANHE is being accused of selling infringing products.

3. SANHE is a Chinese entity incorporated in LuoYang, China, and operates solely from China. It has never owned, leased, used, or possessed any real property in Illinois, and has not been subject to the Illinois tax jurisdiction.

4. Additionally, SANHE has no office, employees, or agents in Illinois. It has not engaged in advertising, marketing or held any telephone lines or listings in Illinois. It does not maintain any bank accounts or warehouse inventory in Illinois and has never used an internet service provider from Illinois.

5. I understand that, based on the infringing evidence, the accused product is identified as "*Bluey's Exclusive Advent Calendar Pack. Open the Packaging To Find A Bluey Surprise Each Day For 24 days Including Exclusive Figures!*" and the Walmart listing (https://www.walmart.com/ip/Stitch-Advent-Calendar-2024-Crochet-Calendar-Wool-2024-Wool-Yarn-Yule-Marker-Gift-Knitter-Markers/11888609358) corresponds to a unique Walmart Product ID number: 11888609358, which was originally designated for the product "Stitch Advent Calendar 2024, Crochet Calendar Wool, 2024 Wool Yarn Yule Marker, Gift Knitter Markers."

1

2

6. Upon information and believe, prior to the filing of this case, the content of the Walmart product listing was edited to include Plaintiff's trademarks and copyrighted images without Defendant's knowledge. Plaintiff's own screenshots point to this link, confirming that the accused listing corresponds to a product that was not designed or marketed using any of Plaintiff's intellectual property.

7. After a diligent search of the sales records, it is confirmed that SANHE has never sold or shipped any accused products to Illinois. Please see the attached search results from the Walmart Seller Center for verification.

I declare under penalty of perjury of the laws of the United States of America that the above is true and correct to my best knowledge.

Executed on August 18, 2025.

_____
Yinhang Xiao



Overview, with a date range

| | Date | GMV | GMV % change | GMV - commission | Units Sold | Orders | AUR | Auth Sales | Cancelled Sales | Refund sales |
|---|---|---|---|---|---|---|---|---|---|---|
| | 02/02/2025 | $22.66 | N/A | $19.26 | 1 | 1 | $22.66 | $22.66 | $0.00 | $0.00 |
| | 02/04/2025 | - $22.66 | N/A | -$19.26 | -1 | 0 | $22.66 | $0.00 | $22.66 | $0.00 |

- Home
- Catalog
- Pricing
- Orders
- WFS
- Payments
- Performance
- Analytics
- Reports
- Growth
- Advertising
- Apps

Unlock

https://seller.walmart.com/analytics/overview/account-sales

2/2