**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BBC STUDIOS DISTRIBUTION LTD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>A1O9W912BUSRO7, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-06774<br><br>**Judge Andrea R. Wood**<br><br>**Magistrate Judge Laura K. McNally** |

**Declaration of Jennifer V. Nacht**

I, Jennifer V. Nacht, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff BBC Studios Distribution Ltd ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. Attached hereto as **Exhibit 1** are true and correct copies of the United States Patent and Trademark Office Registration Certificates for the BLUEY Trademarks.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the United States Copyright Registration for the Bluey Copyrighted Work.

4. Walmart Inc. operates third-party online marketplaces in four markets: (1) the United States, through walmart.com; (2) Canada, through walmart.ca; (3) Mexico, through walmart.com.mx; and (4) Chile, through walmartchile.cl, as shown in Fig. 1 below.



*Fig. 1 – Screenshot From the marketplace.walmart.com Website[1]*

5. When registering for an account on walmart.com, sellers designate the market in which their products will be offered. Fig. 2 is a screenshot from Walmart's third-party seller account creation portal that shows a seller can select between four markets, one of which is the United States.

---

[1] *Our Global Reach is Your Playground*, WALMART MARKETPLACE, https://marketplace.walmart.com/?gclsrc=aw.ds&adid=22222222220&wmlspartner=wmtlabs&wl0=b&wl1=g&wl2=c&wl3=702593445281&wl4=dsa-3500001&wl5=9060252&wl6&wl7&wl8&veh=sem&gad_source=1&gad_campaignid=21386620735 (last accessed Sept. 19, 2025).



*Fig. 2 – Screenshot of Walmart's Third-Party Seller Account Creation Portal*[2]

6. When creating a walmart.com store and product listings, sellers create shipping templates to determine shipping rates, manage shipping methods, and establish which regions and states they will ship products to, or what regions and states to exclude. As shown in Fig. 3, sellers can select the states in which they will offer to sell and ship products.

---

[2] *Start Selling with Walmart*, WALMART MARKETPLACE, https://seller.walmart.com/signup?locale=en-US (last accessed Sept. 26, 2025).



*Fig. 3 – Screenshot From the marketplacelearn.walmart.com Website Regarding Shipping Templates[3]*

7. Attached hereto as **Exhibit 3** are true and correct copies of screenshots of Defendant SANHE Co.Ltd's product listing for the Unauthorized Products on the Walmart.com platform. Attached hereto as **Exhibit 4** are true and correct copies of screenshots of Defendant YUTI Co.Ltd's product listing for the Unauthorized Products on the Walmart.com platform. Excerpts of **Exhibits 3 and 4** were previously submitted as Exhibit 3 to the Declaration of Diane Hamer [17].

8. On January 3, 2025, Plaintiff's investigators ordered an Unauthorized Product from Defendant YUTI Co.Ltd's Walmart store, entered an Illinois address (which was Plaintiff's counsel's

---

[3] *Shipping Templates: Domestic or International Shipping Settings*, WALMART MARKETPLACE, https://marketplacelearn.walmart.com/guides/Shipping%20&%20fulfillment/Shipping%20Templates/Shipping-templates:-add-settings-manually (last accessed Oct. 7, 2025) (Fig. 3 was extracted from a video located under the header "*Helpful resources*" within the cited webpage. Fig. 3 can be seen at 3:17-3:22 of the referenced video).

address) for the shipping address, and paid for the Unauthorized Product. Plaintiff received an order confirmation email, which included an order number (Order No. 2000127-16765814), and an estimated delivery date. Two days later on January 5, 2025, Plaintiff received a second email that the delivery was cancelled. Attached hereto as **Exhibit 5** are true and correct screenshots of the confirmation email for the purchase made of Defendant YUTI Co.Ltd's Unauthorized Product, and subsequent cancellation email.

9. On February 2, 2025, Plaintiff's investigators ordered an Unauthorized Product from Defendant SANHE Co.Ltd's Walmart store, entered an Illinois address (which was Plaintiff's counsel's address) as the shipping address, and paid for the Unauthorized Product. Plaintiff received an order confirmation email, which included an order number (Order Nos. 2000128-55657869), and an estimated delivery date. Two days later on January 5, 2025, Plaintiff received a second email that the delivery was cancelled. Attached hereto as **Exhibit 6** are true and correct screenshots of the confirmation email for the purchase made of Defendant SANHE Co.Ltd's Unauthorized Product, and subsequent cancellation email.

10. On July 10, 2025, pursuant to the TRO, Walmart provided Plaintiff with Defendants' contact information and the balance of Defendants' Walmart accounts.

11. While Plaintiff may not be based out of Illinois, there is a significant and devoted consumer fan base of the Bluey TV show in this state. The University of Illinois Springfield hosted "Bluey's Big Play," a stage show at their Performing Arts Center in Springfield, Illinois, on April 30, 2025, and May 1, 2025. "Bluey's Big Play" was also hosted at The Auditorium in Chicago, Illinois, from May 3 to May 5, 2025. Attached hereto as **Exhibits 7 and 8** are true and correct copies of printouts of advertisements for "Bluey's Big Play" in Springfield and Chicago, respectively. An immersive Bluey experience, "Bluey x CAMP," was held for

several weeks in Chicago in 2024, which was attended by nearly one thousand kids on its opening day. Attached hereto as **Exhibit 9** is a true and correct copy of an NBC article entitled "Immersive 'Bluey' experience debuts in Chicago. See inside here." This upcoming November 29, 2025, the Chicago Public Library will host a "Bluey Support Group" event at the Edgebrook location. Attached hereto as **Exhibit 10** is a true and correct copy of an advertisement for the "Bluey Support Group" event.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 10th day of October 2025 at Chicago, Illinois.

                                                        /s/ Jennifer V. Nacht\_\_\_\_
                                                        Jennifer V. Nacht
                                                        *Counsel for Plaintiff BBC Studios Distribution Ltd*