## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

BBC Studios Distribution Ltd

          Plaintiff,

v.

Case No.: 1:25−cv−06774

Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 22, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 12/22/2025. As stated on the record, Defendant's motion to dismiss for lack of jurisdiction [50] is denied. Plaintiff's motion for entry of a preliminary injunction [32] is granted as to all Defendants; however, Defendants SANHE Co.Ltd and YUTI Co. Ltd shall not be subject to an asset restraint. Accordingly, the asset restraint in the Temporary Restraining Order entered 7/2/2025 [24] is vacated as to Defendants SANHE Co.Ltd and YUTI Co.Ltd only, and the Court will enter a separate preliminary injunction order for those defendants. Plaintiff shall submit a revised proposed preliminary injunction order for Defendants SANHE Co.Ltd and YUTI Co. Ltd. to the Court's proposed order emailbox. Detailed written order to follow. Defendants SANHE Co.Ltd and YUTI Co.Ltd shall answer Plaintiff's complaint by 1/6/2026. By 1/9/2026, the parties shall file a joint status report with a proposed case schedule and a status on any settlement discussions. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.